UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TRINA PARKER,<br><br>  Plaintiff,<br>v.<br>DIGNITY HEALTH, et al.,<br><br>  Defendants. | Case No. 2:18-cv-02291-RFB-PAL<br><br>ORDER<br><br>(Stip Ext Time – ECF No. 22) |

The court conducted a hearing on April 8, 2019 regarding the parties' Stipulation for Extension of Time Regarding Discovery (ECF No. 22). Brandon Phillips appeared on behalf of the plaintiff, and Tyson Dobbs and Alissa Bestick appeared on behalf of the defendants. The court indicated an additional 180 days was unlikely to be granted but afforded counsel an opportunity to make a record. Having heard the arguments of counsel the court will deny the parties' request for an additional 180 days to conduct discovery, but will grant the parties an additional 90 days to conduct additional discovery. Accordingly,

**IT IS ORDERED** that the parties' Stipulation for Extension of Time Regarding Discovery (ECF No. 22) a 180-day requesting a 180- day extension is **DENIED** and a 90-day extension is **GRANTED**. The following deadlines shall apply:

1. Last date to complete discovery: **September 9, 2019**
2. Last date to amend pleadings and add parties: **June 10, 2019**
3. Last date to file interim status report: **July 10, 2019**
4. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **July 10, 2019**
5. Last date to disclose rebuttal experts: **August 9, 2019**
6. Last date to file dispositive motions: **October 9, 2019**

7. Last date to file joint pretrial order: **November 8, 2019**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

8. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

DATED this 10th day of April, 2019.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE