BRANDON L. PHILLIPS, ESQ
Nevada Bar No. 12264
BRANDON L. PHILLIPS, ATTORNEY AT LAW, PLLC
1455 E. Tropicana Ave., Suite 750
Las Vegas, Nevada 89119
(702) 795-0097, (702) 795-0098 fax
blp@abetterlegalpractice.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRINA PARKER, as an individual;<br><br>Plaintiff,<br>v.<br><br>DIGNITY HEALTH dba ST ROSE DOMINICAN HEALTH HOSPITAL-SIENA CAMPUS, as a Corporation;<br><br>SCOTT R. FERGUSON M.D., as an individual;<br><br>Defendant. | CASE NO.2:18-cv-02291-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 49]** |

Plaintiff Trina Parker, by and through her undersigned counsel, Defendant Dignity Health dba St. Rose Dominican Health Hospital-Siena Campus (hereafter "Defendant St. Rose"), by and through its undersigned counsel, and Defendant Scott R. Ferguson, by and through his undersigned counsel (hereafter the "Parties"), hereby stipulate and agree to extend Plaintiff's deadline to file her Reply in support of her Motion for Partial Summary Judgment (ECF No. 49) against Defendant St. Rose, as follows:

1. On August 29, 2019, Plaintiff filed her Motion for Partial Summary Judgment (ECF No. 49) against Defendant St. Rose.

2. On September 11, 2019, Defendant St. Rose filed its Opposition to Plaintiff's Motion for Partial Summary Judgment (ECF No. 52) and Counter-Motion for Partial Summary Judgment (ECF No. 53).

-1-

3. On September 11, 2019, Defendant Scott R. Ferguson, M.D. filed his Joinder to Defendant St. Rose's Opposition to Plaintiff's Motion for Partial Summary Judgment (ECF No. 55).

4 Although the Opposition to Plaintiff's Motion for Partial Summary Judgment (ECF No. 52) and Counter-Motion for Partial Summary Judgment (ECF No. 53) bear separate ECF filing numbers, the documents are identical.

5. Pursuant to the Local Rules, the deadline for Plaintiff to file her reply brief in support of her Motion for Partial Summary Judgment (ECF No. 49) is September 25, 2019. (*See* ECF No. 52.)

6. Pursuant to the Local Rules, the deadline for Plaintiff to file her response to Defendant St. Rose's Counter-Motion for Partial Summary Judgment (ECF No. 53) is October 2, 2019. (*See* ECF No. 53.)

7. The Parties agree Plaintiff's deadline to file her reply brief in support of her Motion for Partial Summary Judgment (ECF No. 49) should be extended until October 2, 2019, as the issues in Defendant St. Rose's Opposition (ECF No. 52) and its Counter-Motion for Partial Summary Judgment (ECF No. 53) are the same and merit additional time for Plaintiff to respond to.

This extension will not interfere with the Court's scheduling order or the briefing schedule of any other pending motion. Accordingly, the Parties respectfully request that the Court extend Plaintiff's deadline to file her reply in support of her Motion for Partial Summary Judgment (ECF No.49) until October 2, 2019.

. . .
. . .
. . .
. . .
. . .
. . .

The parties submit this stipulation in good faith, and not for purposes of undue delay.

**IT IS SO STIPULATED**.

DATED this 26th day of September, 2019.

      **BRANDON L. PHILLIPS, ATTORNEY AT LAW, PLLC**

      */s/* Brandon L. Phillips_____
      BRANDON L. PHILLIPS, ESQ.
      Nevada Bar No. 12264
      1455 E. Tropicana Avenue, Ste. 750
      Las Vegas, NV 89119
      702-795-0097/702-795-0098-fax
      *Attorney for Plaintiff*

DATED this 26th day of September, 2019.

      HALL, PRANGLE & SCHOONVELD, LLC

      /s/ Tyson J. Dobbs_____
      TYSON J. DOBBS, ESQ.
      Nevada Bar No.: 11953
      ZACHARY J. THOMPSON
      Nevada Bar No.: 11001
      HALL PRANGLE & SCHOONVELD, LLC
      1160 N. Town Center Dr., Ste. 200
      Las Vegas, NV 89144
      (702) 889-6400 – Office
      (702) 384-6025 – Facsimile
      *Attorneys for Defendant*
      *Dignity Health d/b/a St. Rose*
      *Dominican Hospital - Siena Campus*

. . .
. . .
. . .
. . .
. . .
. ..

DATED this 26th day of September, 2019.

       LEWIS BRISBOIS BISGAARD & SMITH

       /s/ Alissa N. Bestick
       KEITH WEAVER
       Nevada Bar No. 12902
       DANIELLE WOODRUM
       Nevada Bar No. 12902
       ALISSA N. BESTICK
       Nevada Bar No. 14979C
       6385 S. Rainbow Blvd., Suite 600
       Las Vegas, NV 89118
       Tel: 702.893.3383
       Fax: 702.893.3789
       *Attorneys for Defendant Scott R. Ferguson, M.D.*

**IT IS SO ORDERED,**

       _____
       RICHARD F. BOULWARE, II
       UNITED STATES DISTRICT JUDGE

       DATED this 1st day of October, 2019.