KEITH A. WEAVER
Nevada Bar No. 10271
ALISSA N. BESTICK
Nevada Bar No. 14979C
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant Scott R. Ferguson, M.D.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRINA PARKER, as an individual; | CASE NO. 2:18-cv-02291-RFB-BNW |
| Plaintiff, | **STIPULATION AND ORDER REGARDING JOINT PRETRIAL ORDER** |
| vs. | |
| DIGNITY HEALTH d/b/a ST. ROSE DOMINICAN HEALTH HOSPITAL-SIENA CAMPUS, as a Corporation; SCOTT R. FERGUSON, M.D., as an individual, | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    Plaintiff, TRINA PARKER, by and through her undersigned counsel, BRANDON L.

2   PHILLIPS, ESQ. of BRANDON L. PHILLIPS, ATTORNEY AT LAW, PLLC, Defendant

3   DIGNITY HEALTH d/b/a ST. ROSE DOMINICAN HEALTH HOSPITAL-SIENA CAMPUS,

4   by and through its undersigned counsel, TYSON J. DOBBS, ESQ. and MICHAEL J.

5   SHANNON, ESQ. of HALL PRANGLE & SCHOONVELD, LLC and Defendant SCOTT R.

6   FERGUSON, M.D. by and through his undersigned counsel, LEWIS BRISBOIS

7   BISGAARD & SMITH LLP, have entered into a stipulation which is set forth below.

8    The Parties are working together to draft the pretrial order.  However, the Parties

9   need additional time to draft the pretrial order and stipulate to extend the time to file the

10   pretrial order to July 10, 2020.

11    SUBMITTED BY THE FOLLOWING COUNSEL OF RECORD:

12   / / /

13   / / /

14   / / /

15   / / /

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4812-9494-7778.1

1  Dated: July 6, 2020                          Dated: July 6, 2020

2  BRANDON L. PHILLIPS, ATTORNEY                 HALL PRANGLE & SCHOONVELD, LLC
   AT LAW, PLLC
3
   /s/ Brandon L. Phillips                       /s/ Tyson Dobbs
4  BRANDON L. PHILLIPS, ESQ.                     TYSON J. DOBBS, ESQ.
   Nevada Bar No.: 12264                         Nevada Bar No. 11953
5  1455 E. Tropicana Ave., Ste. 750             MICHAEL J. SHANNON, ESQ.
   Las Vegas, NV 89119                          Nevada Bar No. 7510
6  Attorney for Plaintiff                        1160 N. Town Center Dr., Ste. 200
                                                 Las Vegas, NV 89144
7                                                Attorneys for Defendant Dignity Health
                                                 d/b/a St. Rose Dominican Hospital-Siena
8                                                Campus
9
   LEWIS   BRISBOIS   BISGAARD   &
10 SMITH LLP

11 /s/ Alissa N. Bestick
12 KEITH A. WEAVER
   Nevada Bar No. 10271
13 ALISSA N. BESTICK
   Nevada Bar No. 14979C
14 6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
15 Attorneys for Defendant Scott R.
16 Ferguson, M.D.

17                              ORDER

18        IT IS SO ORDERED.

19 Dated: July 8th , 2020.

20

21                              UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW