BRANDON L. PHILLIPS, ESQ
Nevada Bar No. 12264
BRANDON L. PHILLIPS, ATTORNEY AT LAW, PLLC
1455 East Tropicana Avenue, Suite 750
Las Vegas, NV 89119
(702) 795-0097, (702) 795-0098 fax
blp@abetterlegalpractice.com
*Attorney for Plaintiff, Trina Parker*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TRINA PARKER, as an individual;<br><br>Plaintiff,<br><br>v.<br><br>DIGNITY HEALTH dba ST ROSE DOMINICAN HEALTH HOSPITAL-SIENA CAMPUS, as a Corporation;<br><br>SCOTT R. FERGUSON M.D., as an individual;<br><br>Defendant. | CASE NO. 2:18-cv-02291-~~RFB-BNW~~ CDS-VCF [1]<br><br>**STIPULATION TO EXTEND DEADLINE FOR MOTIONS IN LIMINE** |

## I. INTRODUCTION

The Parties are aware that Local Rules require that Motions in Limine be filed on or before thirty (30) days prior to trial. The Parties have met and conferred multiple times, regarding each Party's respective Motions in Limine. A stipulation and order will be submitted on November 4, 2022, resolving certain issues. However, Plaintiff requests additional time to complete Motions in Limine, which Defendant Dr. Ferguson does not oppose. Plaintiff therefore requests until November 7, 2022 to file Motions in Limine. Dr. Ferguson's Motions in Limine will be filed November 4, 2022.

//

//

---

[1] Counsel are reminded that this case is assigned to Judge Cristina D. Silva and Magistrate Judge Cam Ferenbach. All documents must bear the correct case number. ECF Nos. 142, 154.

## STIPULATION AND ORDER

Based on the foregoing, the Parties stipulate that Plaintiff has until November 7, 2022 to file Motions in Limine

IT IS HEREBY STIPULATED AND AGREED.

BRANDON L. PHILLIPS, ATTORNEY AT LAW, PLLC

/s/ Brandon L. Phillips
BRANDON L. PHILLIPS, ESQ.
Nevada Bar No. 12264
1455 E. Tropicana Ave., Suite 750
Las Vegas, Nevada 89119
Attorney for Plaintiff


LEWIS BRISBOIS

/s/ Alissa Bestick          #14979
Keith A. Weaver, Esq.
Alissa Bestick, Esq.
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

## ORDER

The Court finds good cause to extend the filing date for Plaintiff to file Motions in Limine to November 7, 2022, as set forth in the Stipulation.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: November 4, 2022