KEITH A. WEAVER
Nevada Bar No. 10271
ALISSA N. BESTICK
Nevada Bar No. 14979
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant Scott R. Ferguson, M.D.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRINA PARKER, as an individual;<br><br>Plaintiff,<br><br>vs.<br><br>DIGNITY HEALTH d/b/a ST. ROSE DOMINICAN HEALTH HOSPITAL-SIENA CAMPUS, as a Corporation; SCOTT R. FERGUSON, M.D., as an individual,<br><br>Defendants. | CASE NO. 2:18-cv-02291-CDS-VCF<br><br>**STIPULATION AND ORDER ON MOTIONS IN LIMINE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4821-7540-6305.1

1    IT IS HEREBY STIPULATED by the Parties through their undersigned counsel of
2 record that the Court adopt the following Motions in Limine as agreed by the Parties.
3    FIRST, the Parties stipulate to preclude any witness from testifying who was not
4 identified as a witness in the Third Supplemental Pre-trial Order. Further, the Parties
5 stipulate to the exclusion of any evidence that was not identified in the Third
6 Supplemental Pre-trial Order.
7    SECOND, the Parties stipulate to exclude evidence/argument regarding the cap
8 on non-economic damages as to Defendant Dr. Ferguson.
9    THIRD, the Parties stipulate that treating providers cannot offer expert testimony
10 regarding the standard of care, but may offer opinions formed at the time of their care and
11 treatment of Plaintiff. Dr. Ferguson will testify that he met the standard of care and that his
12 care and treatment did not cause Plaintiff's claimed injuries.
13    FOURTH, the Parties stipulate to the exclusion of evidence/reference to Dr.
14 Ferguson's medical malpractice insurance and Plaintiff's health insurance.
15    FIFTH, the Parties stipulate that experts may testify at trial via remote/electronic
16 means.
17    SIXTH, Plaintiff's expert Jonathan Burroughs, M.D. was disclosed as a rebuttal
18 expert to St. Rose Hospital's expert Dr. Hyde. The parties stipulate that neither Dr.
19 Ferguson or Plaintiff will call Dr. Hyde at trial. So long as Dr. Hyde does not testify at trial,
20 Dr. Burroughs will not be called to testify at trial.
21    SEVENTH, Plaintiff's expert Joel Silberberg, M.D. was disclosed as a rebuttal
22 expert to St. Rose Hospital's expert Dr. Arambula. The parties stipulate that neither Dr.
23 Ferguson or Plaintiff will call Dr. Arambula as a witness at trial. So long as Dr. Arambula
24 does not testify at trial, Dr. Silberberg will not be called to testify at trial.
25
26
27
28

4821-7540-6305.1

STIPULATED AND AGREED TO:

| | |
|---|---|
| Dated: November 4, 2022 | Dated: November 4, 2022 |
| BRANDON L. PHILLIPS, ATTORNEY AT LAW, PLLC | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| /s/ Brandon Phillips | /s/ Keith Weaver |
| BRANDON L. PHILLIPS, ESQ.<br>Nevada Bar No.: 12264<br>1455 E. Tropicana Ave., Ste. 750<br>Las Vegas, NV 89119<br>*Attorney for Plaintiff* | KEITH A. WEAVER<br>Nevada Bar No. 10271<br>ALISSA N. BESTICK<br>Nevada Bar No. 14979<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant Scott R. Ferguson, M.D.* |

ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: November 4, 2022