1  TYSON J. DOBBS, ESQ.
   Nevada Bar No.: 11953
2  HALL PRANGLE & SCHOONVELD, LLC
3  1140 N. Town Center Dr., Ste. 350
   Las Vegas, NV  89144
4  (702) 889-6400 – Office
   (702) 384-6025 – Facsimile
5  efile@hpslaw.com
6  *Attorneys for Defendant*
   *Dignity Health d/b/a St. Rose*
7  *Dominican Hospital - Siena Campus*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| TRINA PARKER, as an individual; | Case No.: 2:18-cv-02291-CDS-VCF |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL OF DIGNITY HEALTH d/b/a/ ST. ROSE DOMINICAN HEALTH HOSPITAL – SIENA CAMPUS ONLY** |
| DIGNITY HEALTH d/b/a/ ST. ROSE DOMINICAN HEALTH HOSPITAL – SIENA CAMPUS, as a Corporation; SCOTT R. FERGUSON, M.D., as an individual; | |
| | **[ECF No. 161]** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, that any and all claims against Defendant DIGNITY HEALTH are DISMISSED WITH PREJUDICE with each party to bear their own fees and costs.

**IT IS SO STIPULATED.**

. . .

. . .

. . .

| DATED this <u>8th</u> day of November 2022.<br><br>HALL PRANGLE & SCHOONVELD, LLC<br><br>/s/: Tyson Dobbs<br>TYSON J. DOBBS, ESQ.<br>Nevada Bar No.: 11953<br>1140 N. Town Center Dr., Ste. 350<br>Las Vegas, NV 89144<br>*Attorneys for Defendant*<br>*Dignity Health d/b/a St. Rose*<br>*Dominican Hospital - Siena Campus* | DATED this <u>8th</u> day of November 2022.<br><br>BRANDON L. PHILLIPS, ATTORNEY AT LAW, PLLC<br><br>/s/: Brandon Phillips<br>Brandon L. Phillips, Esq.<br>1455 E. Tropicana Ave., Ste. 750<br>Las Vegas, NV 89119<br>*Attorneys for Plaintiff* |
|---|---|
| DATED this <u>8th</u> day of November 2022.<br><br>LEWIS BRISBOIS BISGAARD & SMITH<br><br>/s/: Keith Weaver<br>KEITH WEAVER, ESQ.<br>Nevada Bar No.: 10271<br>6385 S. Rainbow Blvd. Suite 600<br>Las Vegas, NV 89118<br>*Attorneys for Defendant*<br>*Scott Ferguson, M.D.* | |

## **ORDER**

Based upon the foregoing stipulation of counsel, and for good cause, it is hereby ORDERED, ADJUDGED and DECREED that any and all claims against Defendant DIGNITY HEALTH are DISMISSED WITH PREJUDICE with each party to bear their own fees and costs.

**IT IS SO ORDERED.**

DATED: November 8, 2022

_____
UNITED STATES DISTRICT JUDGE